

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00371-CV

**OLMOS EQUIPMENT, INC.**,
Appellant

v.

Tina M. **ROMANE** and Estate of Richard F. Romane,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12364
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

We order that appellant Olmos Equipment, Inc. bear all costs of this appeal.

SIGNED June 25, 2014.

_____
Marialyn Barnard, Justice